## STATE SUPREME COURT
### Judges, Officers, Proceedings, Sessions and Opinions

## SUPREME COURT of OHIO
### COLUMBUS

Chief Justice—C. T. Marshall, Zanesville.
Judges—R. M. Wanamaker, Akron; Thomas A. Jones, Columbus; Edward S. Matthias, Van Wert; James E. Robinson, Marysville; Florence E. Allen, Cleveland; Robert H. Day, Massillon.
Clerk—Seba H. Miller, Springfield.
Deputy Clerks—Thos. J. Edwards, Lawrence J. Corcoran.
Regular Term—First Tuesday after first Monday of January, at Columbus.
Reporter—John W. L. Henney, Columbus; Bell.
Assistant Reporters—Clinton Collins. H. L. Connett, Columbus.

### LAW LIBRARY

Librarian—John W. Shaw, Troy.
Assistants—Robert L. Hoyt, James P. Martindale, A. W. Buckmaster, W. W. McDonald, all of Columbus; Philip Allen, New Lexington.

## SUPREME COURT
### NEW CASES FILED
#### January 29, 1923

17834—Erie R. R. Co. v. Martin Kirkendall; Cuyahoga county; motion to certify record. Attorneys for plaintiff, Cook, McGowan, Foote, Bushnell and Lamb; for defendant, Cott, Chamberlain, Bloomfield and Henderson.

17835—The Paddock Hodge Co. v. the Park and Pollard Co.; Lucas county; motion to certify record. Attorneys for plaintiff, Eugene Rinefrank; for defendant, Marshall and Fraser, both of Toledo.

#### January 30, 1923

17836—Grace L. Myers, formerly Grace L. Benedict v. the John Hancock Mutual Life Insurance Co. of Massachusetts; Hamilton county; petition as of right. Attorneys for plaintiff, Harman, Colson, Goldsmith and Handley; for defendant, Mallon, Vordenberg, Cincinnati; Vorys, Sater, Seymour and Pease, Columbus, O.

17837—The State of Ohio ex rel Geo. S. Hawke v. Robert A. LeBlond as presiding judge of the Common Pleas Court of Hamilton County; in mandamus. Attorney for plaintiff, Geo. S. Hawke; for defendant, not known.

#### January 31, 1923

17838—Geo. D. Meeker et al v. John K. Sckudder et al; Hamilton county; motion to certify record. Attorney for plaintiff, Smith W. Bennett, Columbus, O., and Pogue, Hoffheimer and Pogue, Cincinnati, for defendant, C. C. Crabbe, Herbert D. Mills and Wm. J. Meyers, all of Columbus, O.

17840—Emil Sauer v. John B. Downing; Meigs county; motion to certify record. Attorneys for plaintiff, Peoples and Peoples, Pomeroy, O., and Hogan, Hogan and Hogan, Columbus, O.; for defendant, D. H. Armstrong, Columbus; Fred W. Crow, Pomeroy, O.; H. Stewart, Middleport, O.

#### February 1, 1923

17841—Claude Wyant v. Emma Russell; Lucas county; motion to certify record. Attorney for plaintiff, Claude Wyant, Steubenville, O.; for defendant, Marshall and Fraser, Toledo, O.

17842—Fred G. Cox v. Murtice Cox; Hamilton county; motion to certify record. Attorneys for plaintiff, Hicks and Hicks and J. Q. Martin, Cincinnati, O.; for defendant, not known.

#### February 2, 1923

17843—Warren Carlin v. Wallace Eastman; Crawford county; motion to certify record. Attorneys for plaintiff, Charles Gallinger and J. W. McCarren, Bucyrus, O.; for defendant, Edward Vollrath and W. J. Schwenck, Bucyrus, O.

#### February 3, 1923

17844—Charles E. Maarqua v. Carolyn P. Martin; Hamilton county; motion to certify record. Attorneys for plaintiff, Freiberg and Georghegan, Cincinnati; for defendant, J. Q. Martin and Hicks and Hicks, Cincinnati, O.

---

### SUPREME COURT OF OHIO
#### Tuesday, February 6, 1923
#### GENERAL DOCKET

17399—The London & Lancashire Indemnity Co. of America v. Board of County Commissioners of Columbiana County et al.; error to the court of appeals of Columbiana county. Judgment affirmed. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

17400—The Aetna Casualty & Surety Co. v. Board of County Commissioners of Columbiana et al.; error to the court of appeals of Columbiana county. Judgment affirmed. Marshall, C. J., Wanamaker, Robinson, Jones, Mattthias, Day and Allen, JJ., concur.

17402—Joseph Oschsner, Admr., v. the Cincinnati Traction Co.; error to the court of appeals of Hamilton county. Judgment affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day and Allen, JJ., concur.

17562—The Hocking Valley Railway Co. v. the Public Utilities Commission of Ohio, et al.; error to the Public Utilities Commission. Order affirmed. Marshall, C. J., Wanamaker, Robinson, Jones and Matthais, JJ., concur. Day and Allen, JJ., took no part in the consideration or decision of the case.

17788—Peter Tomko v. the Standard Oil Co.; error to the court of appeals of Cuyahoga county. Petition in error dismissed by plaintiff in error.

---

#### MOTION DOCKET

17661—William L. Doepke et al. v. William H. Alms et al. Motion for an order directing the cour of appeals of Hamilton county to certify its record. Sustained.

17694—William L. Doepke et al. v. William H. Alms et al. Motion for an order directing the court of appeals of Hamilton county to certify its record. sustained.

17695—William L. Doepke et al. v. William H. Alms et al. Motion for an order directing the court of appeals of Hamilton county to certify its record. Sustained.

17696—William L. Doepke et al. v. William H. Alms. Motion for an order directing the court of appeals of Hamilton county to certify its record. Sustained.

17744—The State of Ohio et al. v. In re George Englehart, a minor by Frank Englehart, his father, et al. Motion for an order directing the court of appeals of Cuyahoga county to certify its record. Overruled.

(Continued on Page 203)